# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IRISH ISLE PROVISION CO.,** : | **CIVIL ACTION NO. 4:12-CV-0778** |
| **Plaintiff,** : | (Judge Conner) |
| v. : | |
| **POLAR LEASING CO.,** : | |
| **GO MINIS INC.,** : | |
| **Defendants** : | |

## ORDER

AND NOW, this 24th day of September, 2012, upon consideration of the motion to dismiss (Doc. 7), filed June 22, 2012 and supporting brief (Doc. 10) filed June 25, 2012, by defendant Polar Leasing Company ("Polar Leasing"), and upon further consideration of the second amended complaint (Doc. 20), filed on September 18, 2012, and it appearing that a party may amend its pleading once as a matter of course within twenty-one (21) days after serving it, or within twenty-one (21) days after service by the opposing party of a motion filed pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, see Fed. R. Civ. P. 15(a)(1)(A)-(B), and this court finding that such an amended complaint would have been due by July 13, 2012, twenty-one days after the motion to dismiss was filed.  And the court noting that under Federal Rule of Civil Procedure 15(a)(2) written consent from the opposing party or leave of court is now required, and the court finding that consent has been provided (Doc. 19), see Fed. R. Civ. P. 15(a)(2); Campbell v. Soc. Sec. Admin., 446 F. App'x 477, 481-82 (3d Cir. 2011), it is hereby ORDERED that:

1. Irish Isle's second amended complaint (Doc. 20) is accepted.

2. Defendant Polar Leasing Co.'s motion to dismiss (Doc. 7) is deemed MOOT.

                                                     S/ Christopher C. Conner
                                                     CHRISTOPHER C. CONNER
                                                     United States District Judge