IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IRISH ISLE PROVISION CO., INC., | : | Civ. No. 4:12-CV-00778 |
| | : | |
| | : | (Judge Brann) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| POLAR LEASING CO., INC., and GO MINNIS, LLC | : | |
| | : | |
| Defendants. | : | |

# ORDER
November 19, 2013

In accordance with the reasoning in the memorandum of this same date (ECF No. 43), **IT IS HEREBY ORDERED THAT:**

Defendant Polar Leasing Co., Inc.'s motion to dismiss (ECF No. 30) is GRANTED and the applicable claims are dismissed. The case continues on Plaintiff's remaining claim.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge